IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEROME ADRIAN DAVID,

Plaintiff,

v.

OKLAHOMA OFFICIAL 1; OKLAHOMA OFFICIAL 2; OKLAHOMA OFFICIAL 3; APRIL (LNU); MARANDA GRIMALD; LEON SCOTT; BOB KENNEDY; PORTLAND ACTOR 7; PORTLAND ACTOR 8; and JOHN and JANE DOES,

Defendants.

Case No. 3:26-cv-01647-JR

ORDER

**BAGGIO, District Judge:**

On August 24, 2026, and September 22, 2026, Magistrate Judge Russo issued non-dispositive orders dismissing Plaintiff's Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2), *see* Order, ECF No. 6, and denying Plaintiff's Motion for Liberal Construction of Pro Se Pleadings, *see* Order, ECF No. 9. On September 30, 2026, Plaintiff filed objections to Judge

Russo's Orders. *See* Pl.'s Obj., ECF No. 10. The matter is now before the Court pursuant to Federal Rule of Civil Procedure 72(a).

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." Fed. R. Civ. P. 72(a). The standard of review for a non-dispositive order with objections is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A). If a ruling on a matter is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to *de novo* review as are proposed findings and recommendations for dispositive matters under 28 U.S.C. § 636(b)(1)(B).

The Court has carefully considered Plaintiff's Objections and conclude they do not provide a basis to modify the Magistrate Judge's Orders.

**CONCLUSION**

The Court AFFIRMS Magistrate Judge Russo's Orders dismissing Plaintiff's Complaint without prejudice [6] and denying Plaintiff's Motion for Liberal Construction of Pro Se Pleadings [9].

IT IS SO ORDERED.

DATED this 20th day of October, 2026.

Amy M. Baggio

AMY M. BAGGIO
United States District Judge